THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK J. REYNOLDS, JR., Appellant.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.